FILED
2008 Mar-05  PM 12:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

CARL W. POE and )
BARBARA POE, )
 )
      Plaintiffs, )
 )
    v. )     CASE NO.: \_\_\_\_\_ \_\_\_\_
 )
NCO FINANCIAL SYSTEMS, INC., )
 )
      Defendant. )

## NOTICE OF REMOVAL OF DEFENDANT NCO
## FINANCIAL SYSTEMS, INC.

Pursuant to 28 U.S.C. §§ 1331, 1343, 1441, 1446, and 1447, Defendant NCO Financial Systems, Inc. ("NCO"), hereby removes the above captioned civil action from the District Court for Jefferson County, Alabama, Bessemer Division, to the United States District Court for the Northern District of Alabama, Southern Division. The removal of this civil case is proper because:

1.    NCO is the only defendant in this civil action in the District Court for Jefferson County, Alabama, Bessemer Division, captioned *Carl W. Poe and Barbara Poe v. NCO Financial Systems, Inc.* (hereinafter, the "State Court Action").

2.     NCO removes this case on the basis of the Fair Debt Collection Practices Act, Title 15 U.S.C. § 1692 (FDCPA), as the Plaintiffs' Complaint claims relief based on abusive practices in violation of federal law.

3.     Attached hereto as **Exhibit "A"** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action.  No further proceedings have taken place in the State Court Action.

5.     A copy of this Notice of Removal is being served upon Plaintiffs and filed concurrently with the Clerk of the District Court for Jefferson County, Alabama, Bessemer Division.

WHEREFORE, NCO hereby removes to this Court the State Court Action.

Respectfully submitted,

Laura C. Nettles, Esq. (ASB-5805-S63L)
Attorney for Defendant,
NCO Financial Systems, Inc.

OF COUNSEL:
**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 Twentieth Place South, Suite 300
Birmingham, AL  35223
Telephone: (205) 967-8822
Facsimile:  (205) 967-2380

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to all attorneys of record by placing a copy in the United States Mail, properly addressed and postage prepaid on this the **4th** day of **March**, **2008**:

Edward B. Vines, Esq.
Attorney for Plaintiffs
300 18th Street N.
Bessemer, Alabama 35020-4951

OF COUNSEL

# EXHIBIT "A"

**IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA**
**BESSEMER DIVISION**

| | |
|---|---|
| **CARL W. POE and** | ) |
| **BARBARA POE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     CASE NO.: DV ___08-64___ |
| | ) |
| **NCO FINANCIAL SYSTEMS, INC.** | ) |
| | ) |
| **Defendant.** | ) |

### SUMMONS

TO:    Earl N. Carter, District Clerk
Jefferson County Courthouse
1801 3rd Avenue North
Bessemer, Alabama 35020

You are hereby commanded to serve this summons and a copy of the complaint in this action upon the Defendant NCO Financial Systems, Inc., 507 Prudential Road, Horsheim, PA 19044.

### NOTICE TO DEFENDANT

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written **ANSWER**, either admitting or denying each allegation in the complaint, to **Bill Thomason,** the lawyer for the Plaintiff, whose address is **P.O. Box 627 Bessemer, Alabama 35021**. **THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN FOURTY (40) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.** You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

Dated:___JAN 2 9 2008___

_____
Clerk of Court

EARL N. CARTER, JR., CLERK
DISTRICT COURT
508 COURTHOUSE ANNEX
BESSEMER, ALABAMA 35020

IN THE DISTRICT COURT FOR
JEFFERSON COUNTY ALABAMA
BESSEMER DIVISION

CARL W. POE and
BARBARA POE,

        Plaintiffs,

v.                        CASE NUMBER:  DV08-_64_

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

## COMPLAINT

The Plaintiffs, in their claim for damages against Defendant, state:

## ALLEGATIONS OF FACT

1.     The Plaintiffs are natural persons, are husband and wife, and are residents of the Bessemer Division of Jefferson County, Alabama.

2.     The Defendant is a Corporation, organized under the laws of the State of Pennsylvania, with its principal place of business in the State of Pennsylvania.  The Defendant is a credit collection agency as that term is used in the Federal Fair Debt Collection Act.

3.     Carl Poe, prior to the 26th day of October 2004, was issued a credit card by an entity who was doing business as MBNA America ("MBNA").  No entity, using that name, has qualified to do business in the State of Alabama.

4.     Carl Poe, on or about the 5th day of October 2005, consulted legal counsel concerning claims that were, at that time, being asserted by MBNA. Carl Poe, or his Counsel, advised MBNA that Carl Poe was denying its claim.

5.     Subsequent to the 5th day of October 2005, Defendant began directing telephone collection activity to Plaintiffs. Carl Poe, since said date, has told Defendant that he denied all claims asserted by MBNA or the Defendant. Barbara Poe has advised Defendant that MBNA did not issue a credit card to her.

6.     Defendant has, since October of 2005, engaged in telephone collection activity, directed to Plaintiffs, and in the course thereof Defendant has wrongfully intruded into Plaintiffs' private activities in such a manner as to outrage or cause mental suffering, shame or humiliation to persons of ordinary sensibilities.

7.     The Plaintiffs, as a proximate consequence of said activities of Defendant, has been caused to suffer injuries and damages that are described as follows: they have been caused to incur expenses to employ lawyers to shield them from the activities of Defendant; they have been caused to suffer mental anguish.

## COUNT ONE

1.     The Plaintiffs re-allege the Allegations of Fact.

2.     The Plaintiffs claim damages against Defendants for invasion of privacy.

WHEREFORE, Plaintiffs limit their claims against Defendants, exclusive of costs, to a total of Ten Thousand Dollars ($10,000.00).

2

## COUNT TWO

1.      The Plaintiffs re-allege the Allegations of Fact.

2.      The Plaintiffs claim damages against Defendants for violation of the Federal Fair Debt Collection Act and aver that:

   a.   Defendants communicated with Plaintiffs at unreasonable times.
   b.   Defendants communicated with Plaintiffs with unreasonable frequency:
   c.   Defendants communicated with Plaintiffs with knowledge that they were represented by an attorney.
   d.   Defendants communicated with Barbara Poe with knowledge that she did not owe the debt.

Wherefore, Plaintiff prays for relief as follows:

   a.   An award of actual damages, including mental anguish, in the sum of Ten Thousand Dollars ($10,000.00).
   b.   Statutory damages pursuant to 15 U.S.C. Section 1692k.
   c.   Costs and reasonable attorneys' fees pursuant to 15 U.S.C. Section 1692k.

Edward B. Vines (VIN011)
Attorney for Plaintiffs

OF COUNSEL:
        Law Office of
        Edward B. Vines
        300 18th Street N.
        Bessemer, AL 35020-4951
        Phone:      205-426-1463
        Fax:        205-425-6724

3

Thomason-Maples, LLC
P.O. Box 627
Bessemer, AL 35020
Phone:      205-428-0702
Fax:         205-428-7890

NOTE TO CLERK:

The Plaintiff requests service on Defendant by certified United States
Mail at the address listed below. The Defendant does not have a registered
agent or business location within the state of Alabama.

NCO Financial Systems, Inc.
507 Prudential Road
Horsheim, PA 19044

Edward B. Vines (VIN011)
Attorney for Plaintiffs

4



CERTIFIED MAIL

7000 0520 0016 0584 4103

Earl N. Carter, Clerk of the C
Courthouse Annex, Room 60
Bessemer, Alabama 35020

NCO Financial Systems, Inc.
507 Prudential Road
Horsheim, PA 19044

19044+2368 C011

IN THE DISTRICT COURT FOR
JEFFERSON COUNTY ALABAMA
BESSEMER DIVISION

CARL W. POE and                    )
BARBARA POE,                       )
                                   )
          Plaintiffs,              )
                                   )
     v.                            )      CASE NO.: DV-08-64
                                   )
NCO FINANCIAL SYSTEMS, INC.,       )
                                   )
          Defendant.               )

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that this action has been removed to the United States District

Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. §§ 1331,

1343, 1441, 1446 and 1447.  Attached as **Exhibit "A"** to this Notice is a copy of the Notice of

Removal of the above-captioned suit filed on behalf of Defendant, NCO Financial Systems, Inc.,

in the United States District Court for the Northern District of Alabama on this date.

Respectfully submitted,

Laura C. Nettles, Esq. (ASB-5805-S63L)
Attorney for Defendant,
NCO Financial Systems, Inc.

OF COUNSEL:
**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 Twentieth Place South, Suite 300
Birmingham, AL  35223
Telephone: (205) 967-8822
Facsimile:  (205) 967-2380

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document to all attorneys of record by placing a copy of the same in the United States Mail, properly addressed and postage prepaid on this the **4<u>th</u>** day of **March, 2008**:

Edward B. Vines, Esq.
Attorney for Plaintiffs
300 18<u>th</u> Street N.
Bessemer, Alabama 35020-4951

OF COUNSEL

2

# EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| CARL W. POE and | ) | |
| BARBARA POE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.: _____ |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL OF DEFENDANT NCO
## FINANCIAL SYSTEMS, INC.

Pursuant to 28 U.S.C. §§ 1331, 1343, 1441, 1446, and 1447, Defendant NCO Financial Systems, Inc. ("NCO"), hereby removes the above captioned civil action from the District Court for Jefferson County, Alabama, Bessemer Division, to the United States District Court for the Northern District of Alabama, Southern Division. The removal of this civil case is proper because:

1.      NCO is the only defendant in this civil action in the District Court for Jefferson County, Alabama, Bessemer Division, captioned *Carl W. Poe and Barbara Poe v. NCO Financial Systems, Inc.* (hereinafter, the "State Court Action").

2.    NCO removes this case on the basis of the Fair Debt Collection Practices Act, Title 15 U.S.C. § 1692 (FDCPA), as the Plaintiffs' Complaint claims relief based on abusive practices in violation of federal law.

3.    Attached hereto as **Exhibit "A"** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action.  No further proceedings have taken place in the State Court Action.

5.    A copy of this Notice of Removal is being served upon Plaintiffs and filed concurrently with the Clerk of the District Court for Jefferson County, Alabama, Bessemer Division.

WHEREFORE, NCO hereby removes to this Court the State Court Action.


Respectfully submitted,

Laura C. Nettles, Esq. (ASB-5805-S63L)
Attorney for Defendant,
NCO Financial Systems, Inc.


OF COUNSEL:
**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 Twentieth Place South, Suite 300
Birmingham, AL  35223
Telephone: (205) 967-8822
Facsimile:  (205) 967-2380

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to all attorneys of record by placing a copy in the United States Mail, properly addressed and postage prepaid on this the **4<u>th</u>** day of **March, 2008**:

Edward B. Vines, Esq.
Attorney for Plaintiffs
300 18<u>th</u> Street N.
Bessemer, Alabama 35020-4951


OF COUNSEL

3

## IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA
## BESSEMER DIVISION

CARL W. POE and )
BARBARA POE, )
              )
       Plaintiff, )
              )
v. )      CASE NO.: DV _08-64_
              )
NCO FINANCIAL SYSTEMS, INC. )
              )
       Defendant. )

### SUMMONS

TO:     Earl N. Carter, District Clerk
          Jefferson County Courthouse
          1801 3rd Avenue North
          Bessemer, Alabama 35020

     You are hereby commanded to serve this summons and a copy of the complaint in this action upon the Defendant NCO Financial Systems, Inc., 507 Prudential Road, Horsheim, PA 19044.

### NOTICE TO DEFENDANT

     The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written **ANSWER**, either admitting or denying each allegation in the complaint, to **Bill Thomason**, the lawyer for the Plaintiff, whose address is **P.O. Box 627 Bessemer, Alabama 35021. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN FOURTY (40) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.** You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

Dated: _JAN 29 2008_

                           Clerk of Court

                                 EARL N. CARTER, JR., CLERK
                                 DISTRICT COURT
                                 508 COURTHOUSE ANNEX
                                 BESSEMER, ALABAMA 35020

IN THE DISTRICT COURT FOR
JEFFERSON COUNTY ALABAMA
BESSEMER DIVISION

CARL W. POE and
BARBARA POE,

        Plaintiffs,

v.                            CASE NUMBER: DV08-_64_

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

## COMPLAINT

The Plaintiffs, in their claim for damages against Defendant, state:

## ALLEGATIONS OF FACT

1.      The Plaintiffs are natural persons, are husband and wife, and are residents of the Bessemer Division of Jefferson County, Alabama.

2.      The Defendant is a Corporation, organized under the laws of the State of Pennsylvania, with its principal place of business in the State of Pennsylvania. The Defendant is a credit collection agency as that term is used in the Federal Fair Debt Collection Act.

3.      Carl Poe, prior to the 26th day of October 2004, was issued a credit card by an entity who was doing business as MBNA America ("MBNA"). No entity, using that name, has qualified to do business in the State of Alabama.

4.      Carl Poe, on or about the 5th day of October 2005, consulted legal counsel concerning claims that were, at that time, being asserted by MBNA. Carl Poe, or his Counsel, advised MBNA that Carl Poe was denying its claim.

5.      Subsequent to the 5th day of October 2005, Defendant began directing telephone collection activity to Plaintiffs. Carl Poe, since said date, has told Defendant that he denied all claims asserted by MBNA or the Defendant. Barbara Poe has advised Defendant that MBNA did not issue a credit card to her.

6.      Defendant has, since October of 2005, engaged in telephone collection activity, directed to Plaintiffs, and in the course thereof Defendant has wrongfully intruded into Plaintiffs' private activities in such a manner as to outrage or cause mental suffering, shame or humiliation to persons of ordinary sensibilities.

7.      The Plaintiffs, as a proximate consequence of said activities of Defendant, has been caused to suffer injuries and damages that are described as follows: they have been caused to incur expenses to employ lawyers to shield them from the activities of Defendant; they have been caused to suffer mental anguish.

## COUNT ONE

1.      The Plaintiffs re-allege the Allegations of Fact.

2.      The Plaintiffs claim damages against Defendants for invasion of privacy.

WHEREFORE, Plaintiffs limit their claims against Defendants, exclusive of costs, to a total of Ten Thousand Dollars ($10,000.00).

2

## COUNT TWO

1.      The Plaintiffs re-allege the Allegations of Fact.

2.      The Plaintiffs claim damages against Defendants for violation
of the Federal Fair Debt Collection Act and aver that:

> a.      Defendants communicated with Plaintiffs at unreasonable
>         times.
> b.      Defendants communicated with Plaintiffs with
>         unreasonable frequency:
> c.      Defendants communicated with Plaintiffs with
>         knowledge that they were represented by an attorney.
> d.      Defendants communicated with Barbara Poe with
>         knowledge that she did not owe the debt.

Wherefore, Plaintiff prays for relief as follows:

a.      An award of actual damages, including mental anguish, in the
        sum of Ten Thousand Dollars ($10,000.00).
b.      Statutory damages pursuant to 15 U.S.C. Section 1692k.
c.      Costs and reasonable attorneys' fees pursuant to 15 U.S.C.
        Section 1692k.

Edward B. Vines (VIN011)
Attorney for Plaintiffs

OF COUNSEL:
        Law Office of
        Edward B. Vines
        300 18th Street N.
        Bessemer, AL 35020-4951
        Phone:      205-426-1463
        Fax:        205-425-6724

3

Thomason-Maples, LLC
P.O. Box 627
Bessemer, AL 35020
Phone:       205-428-0702
Fax:          205-428-7890

NOTE TO CLERK:

The Plaintiff requests service on Defendant by certified United States Mail at the address listed below.  The Defendant does not have a registered agent or business location within the state of Alabama.

NCO Financial Systems, Inc.
507 Prudential Road
Horsheim, PA 19044

Edward B. Vines (VIN011)
Attorney for Plaintiffs

4



CERTIFIED MAIL

7000 0520 0016 0564 4103

Earl N. Carter, Clerk of the C
Courthouse Annex, Room 60
Bessemer, Alabama 35020

NCO Financial Systems, Inc.
507 Prudential Road
Horsheim, PA 19044

19044423368 CO11