FILED
2008 May-22 PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CARL W. POE; BARBARA POE,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| v. | } | Case No.:  **2:08-CV-388-RDP** |
| | } | |
| **NCO FINANCIAL SYSTEMS, INC.,** | } | |
| | } | |
| **Defendant.** | } | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice (Doc. #7) filed by the parties herein on May 22, 2008, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  Each party is to bear its own costs.

**DONE** and **ORDERED** this     22nd      day of May, 2008.



**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE